United States District Court
Southern District of Texas
**ENTERED**
December 20, 2021
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| PREPARED FOOD PHOTOS INC, | § § | CIVIL ACTION NO. 4:21-cv-03706 |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| ANDEAN GROUP LLC | § | |
| d/b/a | § | |
| FRESH2YOURDOOR, | § | |
| Defendant. | § | |

### ORDER

Plaintiff Prepared Food Photos Inc brought this action against Defendant Andean Group LLC d/b/a Fresh2YourDoor on November 11, 2021. Dkt 1. Prepared Food served Andean Group on November 19, 2021. Dkts 8 & 8-1.

Andean Group was served within a judicial district of the United States and didn't waive service. Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure required it to answer or file an otherwise responsive pleading within twenty-one days of service. This meant December 10, 2021. It hasn't done so.

Rule 55(a) provides, "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Prepared Food thus moves for entry of default. Dkt 8.

The motion by Plaintiff Prepared Food Photos Inc for entry of default against Defendant Andean Group LLC d/b/a Fresh2YourDoor is GRANTED. Dkt 8.

The Clerk is ORDERED to enter default against Defendant Andean Group LLC d/b/a Fresh2YourDoor.

SO ORDERED.

Signed on December 20, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge